UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANN OCEAN TOWING, INC.,

    Plaintiff,

vs.

Case No. _____

BARGE GUANTANAMO BAY EXPRESS,
Official Number 661704, her Engines, tackle,
apparel, furniture, Equipment, and all other
necessaries, *In rem*, and TRANSATLANTIC
LINES LLC, *In personam*,

    Defendants.
_____/

## *IN REM* COMPLAINT

COMES NOW the Plaintiff, Dann Ocean Towing, Inc., by and through its undersigned counsel, and sues the Barge GUANTANAMO BAY EXPRESS, Official Number 661704, *in rem* and TransAtlantic Lines, LLC, *in personam* and states as follows:

1. Plaintiff, Dann Ocean Towing, Inc. is a Florida corporation with its principal place of business in Tampa, Florida.

2. The Barge GUANTANAMO BAY EXPRESS, Official Number 661704, is a U.S. flag barge that is currently located in Green Cove Springs, Florida in the St. Johns River.

3. Defendant, TransAtlantic Lines LLC, is a U.S. corporation that is the owner of the Barge GUANTANAMO BAY EXPRESS that is located within the Middle District of Florida.

4. This is an action for non-payment of services rendered to the Barge GUANTANAMO BAY EXPRESS by the Plaintiff, Dann Ocean Towing, Inc., pursuant to a marine contract of towage, which created maritime liens against the vessel.

5. This Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1332 and § 1334 as the Plaintiff and Defendant are residents of separate States and that the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6. This Honorable Court has jurisdiction over this matter in that it involves 28 U.S.C. § 1334, maritime law, as to the arrest of a vessel.

7. Within the last fourteen months, Dann Ocean Towing, Inc. has entered into an agreement with TransAtlantic Lines LLC for services thereunder being performed by Dann Ocean Towing, Inc. and the payment not being made by TransAtlantic Lines LLC.

**COUNT I – *IN REM* CLAIM AGAINST BARGE GUANTANAMO BAY EXPRESS**

8. Plaintiff, Dann Ocean Towing, Inc., reasserts and incorporates the allegations of paragraphs 1 through 7, as if fully set forth herein.

9. Dann Ocean Towing, Inc. and TransAtlantic Lines LLC entered into an agreement whereby Dann Ocean Towing, Inc. would provide services to tow the Barge GUANTANAMO BAY EXPRESS while it was engaged in the movement through the Caribbean Sea and Atlantic Ocean until delivered at Green Cove Springs, Florida.

10. During the course of the carriage, the amount of payment that became due continued to grow. The attached Aged Trial Balance report (Exhibit "A") details the three invoices due in the amount of $156,631.18. Interest accrues on the unpaid balance.

11. Of the $156,631.18, $23,494.65 accrued in interest at a rate of 15% for each month of non-payment. By December 2, 2016, TransAtlantic Lines LLC owed in excess of $204,620.48.

12. Defendant TransAtlantic Lines LLC paid to Dann Ocean Towing, Inc. a total of $100,000.00 in two $50,000.00 payments made on February 17, 2017 and February 28, 2017. However, the remaining amount has been withheld.

13. The remaining amount of $56,631.18 has not been paid and interest in the amount of $58,000.00 plus 15% of $20,000.00 times three months has not been paid for the services rendered to the Barge GUANTANAMO BAY EXPRESS.

14. Dann Ocean Towing, Inc., is owed $56,631.18, plus interest in the amount of $58,000.00 by the Barge GUANTANAMO BAY EXPRESS. The interest charges continue to increase monthly.

WHEREFORE, Plaintiff Dann Ocean Towing, Inc. prays that:

(a) The Barge GUANTANAMO BAY EXPRESS is indebted to Dann Ocean Towing, Inc. in the amount of $56,631.18;

(b) Dann Ocean Towing, Inc. has a lien against the Barge GUANTANAMO BAY EXPRESS in the amount of $56,631.18, as well as interest and costs.

(c) Dann Ocean Towing, Inc. is entitled to claim a lien against the Barge GUANTANAMO BAY EXPRESS for lack of payment of debts owed by the vessel to Dann Ocean Towing, Inc.;

(d) Dann Ocean Towing, Inc. has a lien against the Barge GUANTANAMO BAY EXPRESS in the amount of $56,631.18, plus interest and costs.

Based on the above assertions, Dann Ocean Towing, Inc. requests this Honorable Court's authority to arrest the Barge GUANTANAMO BAY EXPRESS for the lien said vessel owes Dann Ocean Towing, Inc. and that the said arrest be maintained until such time as Dann Ocean Towing, Inc. is paid the amount of any lien or said lien is posted in security of this Honorable Court in the amount of $56,631.18, plus interest at the rate of 12% per year, times two years, which is the possible extent of the arrest.

**COUNT II – *IN PERSONAM* CLAIM AGAINST TRANSATLANTIC LINES LLC**

15. Plaintiff, Dann Ocean Towing, Inc., reasserts and incorporates the allegations of paragraphs 1 through 7, as if fully set forth herein.

16. Dann Ocean Towing, Inc. and TransAtlantic Lines LLC entered into an agreement whereby Dann Ocean Towing, Inc. would provide services to tow the Barge GUANTANAMO BAY EXPRESS while it was engaged in the movement through the Caribbean and Atlantic Ocean until delivered at Green Cove Springs, Florida.

17. During the course of the carriage, the amount of payment that became due continued to grow and the attached three invoices were payable in the amount of $156,631.18, which also required interest to accrue upon non-payment.

18. Despite the fact that the same $156,631.18 became due and owing no later than November 5, 2016, no payments were made by TransAtlantic Lines LLC until $100,000.00 was paid as of February 28, 2017.

19.     As of February 28, 2017, there was a remaining $56,631.18, plus interest at $15,000.00 per year.

WHEREFORE, Plaintiff Dann Ocean Towing, Inc. prays that:

(a)     Dann Ocean Towing, Inc. demands judgment against TransAtlantic Lines LLC plus pre-judgment interest, costs incurred as a result of the arrest and retention of the Barge GUANTANAMO BAY EXPRESS, plus any other costs and expenses incurred in this litigation.

Dated:   May 18, 2017.

Respectfully submitted,

_____
Allen von Spiegelfeld – FBN256803
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813 221-1500
Facsimile:   813-222-3066
Email:   service-avonsp@bankerlopez.com

Attorney for Plaintiff, Dann Ocean Towing, Inc.