UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANN OCEAN TOWING, INC.,

    Plaintiff,

v.                                        Case No. 3:17-cv-573-J-39PDB

BARGE GUANTANAMO BAY EXPRESS,
Official Number 661704, her Engines,
tackle, apparel, furniture, equipment
and all other necessaries, *In Rem,* and
TRANSATLANTIC LINES, LLC, *In
personam*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. No. 4; Notice) filed on June 1, 2017. In the Notice, Plaintiff requests dismissal of this case with prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of June, 2017.

_____
BRIAN J. DAVIS
United States District Judge

**Copies furnished to:**

Counsel of Record

ap